UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**JOSE LUIS CASTRO-MATA and
MIGUEL PATINO-FLORES,**

      **Plaintiffs,**

v.                                                                        Case No:  2:11-cv-472-FtM-99DNF

**BLUE HEAD FARMS, LLC,**

      **Defendant.**
_____/

**O R D E R**

Before the Court is the Rule 41(a)(1) Stipulation for Voluntary Dismissal of Action (Doc. 30).  In accord with the Rule 41(a)(1) Stipulation for Voluntary Dismissal of Action, it is **ORDERED AND ADJUDGED** as follows:

1)  The Rule 41(a)(1) Stipulation for Voluntary Dismissal of Action is **APPROVED** (Doc. 30).

2)  Plaintiffs' claims against Defendant are dismissed, with prejudice, as to all claims, except the wage differential claim.  The wage differential claim is dismissed, without prejudice.  All parties shall bear their own costs and attorneys' fees.

3)  The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Fort Myers, Florida on June 22, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record